UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

V. J. CARO, JR.                                    CIVIL ACTION NO.:        23-185

VERSUS                                             JUDGE SARAH VANCE

ALLSTATE INSURANCE COMPANY,                        MAGISTRATE JUDGE
ET AL.                                             MICHAEL B. NORTH

NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the parties in the above referenced matter have reached a settlement.

Respectfully Submitted,

/s/ William S. Bordelon
William S. Bordelon, 3251
The Law Offices of William S. Bordelon
401 Roussell Street
Houma, Louisiana 70360
T: (985)851-4241
F: (985)851-4385
billy@wsbordelon.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing all counsel.

/s/ William S. Bordelon